IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BOBBIE BANKS                                                                                          PLAINTIFF

vs.                                                                                          No. 4:05CV157-D-B

ALLSTATE INSURANCE COMPANY; et al.                                          DEFENDANTS

ORDER GRANTING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Plaintiff's motion to remand (docket entry 7) is GRANTED; and

(2) this cause is hereby REMANDED to the Circuit Court of Humphreys County, Mississippi.

SO ORDERED, this the 18th day of April 2006.

/s/ Glen H. Davidson
Chief Judge